**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-cv-2746 |
| | ) |
| GRINDR, LLC., | ) |
| a California limited liability company, | ) |
| | ) |
| Defendant. | ) |

# COMPLAINT

Plaintiff Centro, Inc., by its undersigned counsel, as its complaint against GRINDR, LLC. states:

## Parties

1. Centro, Inc., formerly known as Centro Media, Inc. (plaintiff), provides web-based advertising services. Plaintiff is a citizen of the states of Illinois and Delaware. It is incorporated in Delaware and maintains its principal place of business in Chicago, Illinois.

2. GRINDR, LLC (defendant) is a California limited liability company that provides a mobile web dating application. According to the California Secretary of State, defendant has two members: Wei Zhou and Scott Chen. Zhou is a citizen and resident of the State of California. Chen is a citizen and resident of the State of California.

## Jurisdiction and Venue

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, because this is a civil action where: (1) the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and (2) complete diversity exists between the parties.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial portion of the events or omissions giving rise to this action occurred in this district.

## COUNT I

## Breach of Contract

5. In or around August 2017, plaintiff offered to provide defendant its advertising and reporting services in exchange for payment. In response, defendant agreed to pay plaintiff for its services at an agreed upon rate.

6. From August 2017 through roughly January 2018, plaintiff provided its advertising and reporting services to defendant, issuing invoices to defendant for its services calling for payment in Illinois due 30 days after the invoice date. True and accurate copies of the invoices plaintiff issued to defendant are attached as Group Exhibit A.

7. Defendant failed to pay plaintiff the entire outstanding sum for the services itemized on the invoices attached as Group Exhibit A.

8. Plaintiff provided the services itemized on each of the invoices attached as Group Exhibit A, rendered all services requested by defendant, and otherwise fully complied with its obligations.

9. Despite plaintiff's full compliance with its obligations to defendant, defendant has breached its agreement to pay for plaintiff's services by failing to pay plaintiff the outstanding principal balance of $302,482.10.

10. As a direct result of defendant's breach, plaintiff has sustained damages in the amount of $302,482.10.

11. In accordance with Section 2 of the Illinois Interest Act, 815 ILCS 205/2, plaintiff is entitled to pre-judgment interest on the outstanding balance of $302,482.10 at the annual rate of 5%.

Wherefore, plaintiff Centro, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against defendant GRINDR, LLC. in an amount of $302,482.10, plus pre-judgment interest and costs.

## COUNT II

### Quantum Meruit (Pleaded in the Alternative)

12. Plaintiff re-alleges paragraphs one through four as Paragraph 12.

13. Between August 2017 and January 2018, plaintiff provided advertising and reporting services to defendant from plaintiff's offices in Chicago.

14. Plaintiff performed the work anticipating that it would be paid for services rendered.

15. Defendant knew that the advertising services that plaintiff anticipated being paid for the furnished services.

16. Defendant obtained a benefit and has been unjustly enriched by failing to pay for the advertising services furnished by plaintiff.

17. The fair market value for the advertising services furnished by plaintiff that remains unpaid is $302,482.10.

Wherefore, plaintiff Centro, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against defendant GRINDR, LLC in an amount of $302,482.10, plus costs.

Respectfully submitted,

**CENTRO, INC.**

By: /s/ Ehren M. Fournier
     One of its attorneys


Richard M. Goldwasser (richard.goldwasser@sfnr.com)
Ehren M. Fournier (ehren.fournier@sfnr.com)
**SCHOENBERG FINKEL NEWMAN & ROSENBERG, LLC**
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606
(312) 648-2300