# Group Exhibit A



**Bill To**
Peter Sloterdyk
Grindr
8687 Melrose Ave.

West Hollywood CA 90069
US

**Contact Information**
Adrianne Moon


Adrianne.Moon@centro.net

# Invoice

| | |
|---|---|
| **Invoice #** | 217237 |
| **Invoice Date** | 9/10/2017 |
| **Terms** | Net 30 |
| **Due Date** | 10/9/2017 |
| **Month of Service** | August 2017 |
| **Campaign ID** | GRINDR004CP |
| **Campaign Name** | Grindr Into |
| **PO #** | |
| **Memo:** | INTO |

| Item | Site | Market | Ad Type | Description | Cost Type | Start Date | End Date | Qty Ordered | Qty Delivered | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Online Advertising Sale | Twitter.com - Centro | null | | (CPWC) Followers: Geo - North America, Mexico, Canada, UK, Australia, & New Zealand, A18-54; Interests (Society, Style and Fashion, etc.) //Keywords (TBD) // Handles (influential LGBTQ) // RT | Dynamic CPC | 8/11/2017 | 8/31/2017 | 0 | 6697 | 5.122130 | $34,302.91 |
| Online Advertising Sale | Facebook.com - Centro | null | | Fan Acquisition: Geo - North America, Mexico, Canada, UK, Australia, & New Zealand, A18-54: LGBTQ Interests // Online LifeStyle Pubs. // Fans // LAL Fans // RT // LAL RT | Dynamic CPC | 8/11/2017 | 8/31/2017 | 0 | 0 | 0.000000 | $2,500.00 |
| Online Advertising Sale | Teads.tv | null | | inRead Everywhere_A18+_LGBTQ Content Targeting_CPM | CPM | 8/15/2017 | 8/31/2017 | 0 | 992063 | 0.025200 | $24,999.99 |
| Online Advertising Sale | Search-Google.com | null | | Into - Grindr - LGBTQ; Keywords: Brand, Gay Magazines, Gay News, LGBTQ News, Conquesting; Geo: US, UK, Canada, Australia | Dynamic CPC | 8/15/2017 | 8/31/2017 | 0 | 3141 | 1.975771 | $6,205.90 |
| Online Advertising Sale | Facebook.com - Centro | null | | (CPWC) Website Traffic: Geo - North America, Mexico, Canada, UK, Australia, & New Zealand, A18-54: LGBTQ Interests // Online LifeStyle Pubs. // Fans // LAL Fans // RT // LAL RT | Dynamic CPC | 8/15/2017 | 8/31/2017 | 0 | 3021 | 0.858300 | $2,592.92 |
| Online Advertising Sale | Instagram.com - Centro | null | | (CPM) Brand Awareness: Geo - North America, Mexico, Canada, UK, Australia & New Zealand, A18-54 | Dynamic CPM | 8/15/2017 | 8/31/2017 | 0 | 2862094 | 0.001724 | $4,933.40 |
| Online Advertising Sale | Basis DSP | null | 728x90; 320x480; 300x250; 160x600; 480x320; 300x50; 1,024x768; 320x50; 300x600; 768x1,024; 1x1 | PT; ; BT (Lesbian-Gay-Bisexual-Transgender (LGBT) Supporters); CT (Gay/Lesbian, Gay Life, Dating); CSL (Conquest: Apps/Sites); PMP (CBX: LGBT); Native; RT (Converts); RT :: Geo US | Dynamic CPM | 8/15/2017 | 8/31/2017 | 0 | 22628050 | 0.001674 | $37,881.47 |
| Online Advertising Sale | Basis DSP | null | | PT; BT (Lesbian-Gay-Bisexual-Transgender (LGBT) Donors/Supporters); CT (Gay/Lesbian, Gay Life); CSL (Conquest: Out/Advocate Apps/Sites); PMP (Tremor); Native :: Geo US | Dynamic CPM | 8/15/2017 | 8/31/2017 | 0 | 2479992 | 0.014214 | $35,250.00 |

Total $148,666.59

**Amount Due** $52,303.09

Please remit payment to:
Centro, Inc
Dept CH 10762
Palatine, IL 60055-0762

For overnighted checks:
Centro, Inc, 10762
5505 N Cumberland Rd, Ste 307
Chicago, IL 60656-1471

It was a pleasure doing business with you!



**Bill To**
Peter Sloterdyk
Grindr
8687 Melrose Ave.

West Hollywood CA 90069
US

**Contact Information**
Adrianne Moon

Adrianne.Moon@centro.net

# Invoice

| | |
|---|---|
| **Invoice #** | 228447 |
| **Invoice Date** | 1/10/2018 |
| **Terms** | Net 30 |
| **Due Date** | 2/9/2018 |
| **Month of Service** | December 2017 |
| **Campaign ID** | GRINDR004CP |
| **Campaign Name** | Grindr Into |
| **PO #** | 0 |
| **Memo:** | INTO |

| Item | Site | Market | Ad Type | Description | Cost Type | Start Date | End Date | Qty Ordered | Qty Delivered | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Online Advertising Sale | Drawbrid.ge | null | 728x90; 320x480; 300x250; 160x600; 480x320; 300x50; 1,024x768; 320x50; 300x600; 768x1,024 | Cross-Device Identity Index and Grindr Retargeting Package | Dynamic CPM | 12/1/2017 | 12/31/2017 | 0 | 5619025 | 0.006031 | $33,890.88 |
| Online Advertising Sale | Drawbrid.ge | null | 728x90; 320x480; 300x250; 160x600; 480x320; 300x50; 1,024x768; 320x50; 300x600; 768x1,024 | Cross-Device Grindr Contextual Alignment KW + Category Package | Dynamic CPM | 12/1/2017 | 12/31/2017 | 0 | 3174992 | 0.006071 | $19,275.50 |
| Online Advertising Sale | ShareThis | null | 728x90; 300x250; 160x600; 300x50; 320x50; 300x600 | Into Community Sharers & Competitive Conquesting Site Traffic; National; Display Package | CPM | 12/1/2017 | 12/31/2017 | 0 | 12993243 | 0.006150 | $79,908.44 |
| Online Advertising Sale | Search-Google.com | null | | Into - Grindr - LGBTQ; Keywords: Brand, Gay Magazines, Gay News, LGBTQ News, Conquesting; Geo: US, UK, Canada, Australia | Dynamic CPC | 12/1/2017 | 12/31/2017 | 0 | 6608 | 1.812954 | $11,980.00 |
| Online Advertising Sale | Basis DSP | null | 728x90; 320x480; 300x250; 160x600; 480x320; 300x50; 1,024x768; 320x50; 300x600; 768x1,024; 1x1 | PT; ; BT (Lesbian-Gay-Bisexual-Transgender (LGBT) Supporters); CT (Gay/Lesbian, Gay Life, Dating); CSL (Conquest: Apps/Sites); PMP (CBX: LGBT); Native; RT (Converts); RT :: Geo US | Dynamic CPM | 12/1/2017 | 12/31/2017 | 0 | 7102542 | 0.003786 | $26,889.78 |

Total $171,944.60

**Amount Due** $171,944.60

Please remit payment to:
Centro, Inc
Dept CH 10762
Palatine, IL 60055-0762

For overnighted checks:
Centro, Inc, 10762
5505 N Cumberland Rd, Ste 307
Chicago, IL 60656-1471

It was a pleasure doing business with you!



**Bill To**
Peter Sloterdyk
Grindr
8687 Melrose Ave.

West Hollywood CA 90069
US

**Contact Information**
Adrianne Moon

Adrianne.Moon@centro.net

# Invoice

| | |
|---|---|
| **Invoice #** | 231864 |
| **Invoice Date** | 2/10/2018 |
| **Terms** | Net 30 |
| **Due Date** | 3/9/2018 |
| **Month of Service** | January 2018 |
| **Campaign ID** | INTO001CP |
| **Campaign Name** | INTO 2018 |
| **PO #** | |
| **Memo:** | |

| Item | Site | Market | Ad Type | Description | Cost Type | Start Date | End Date | Qty Ordered | Qty Delivered | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Online Advertising Sale | Facebook.com - Centro | null | 1x1 | (CPWC) Website Traffic: Geo - North America, Mexico, Canada, UK, Australia, & New Zealand, A18-54: LGBTQ Interests // Online LifeStyle Pubs. // Fans // RT // LAL RT | Dynamic CPC | 1/11/2018 | 1/31/2018 | 0 | 52480 | 0.126793 | $6,654.08 |
| Online Advertising Sale | Search-Google.com | null | | Into - Grindr - LGBTQ; Keywords: Brand, Gay Magazines, Gay News, LGBTQ News, Conquesting; Primary Geo (80%): US, Secondary Geo (20%): UK, Canada, Australia and New Zealand | Dynamic CPC | 1/11/2018 | 1/31/2018 | 0 | 1271 | 1.681861 | $2,137.65 |
| Online Advertising Sale | Drawbrid.ge | null | 300x50; 480x320; 160x600; 300x250; 320x480; 728x90; 768x1,024; 300x600; 320x50; 1,024x768 | Cross-Device Identity Index GRINDR Package (geo-targeted to US) | Dynamic CPM | 1/11/2018 | 1/31/2018 | 0 | 3154501 | 0.006308 | $19,897.23 |
| Online Advertising Sale | Drawbrid.ge | null | 768x1,024; 300x600; 320x50; 1,024x768; 300x50; 480x320; 160x600; 300x250; 320x480; 728x90 | Cross-Device Identity Index GRINDR Package (geo-targeted to UK, Canada, Australia, New Zealand) | Dynamic CPM | 1/11/2018 | 1/31/2018 | 0 | 805204 | 0.006307 | $5,078.03 |
| Online Advertising Sale | Drawbrid.ge | null | 768x1,024; 300x600; 320x50; 1,024x768; 300x50; 480x320; 160x600; 300x250; 320x480; 728x90 | Cross-Device Grindr Contextual Alignment KW + Category Package (geo-targeted to US) | Dynamic CPM | 1/11/2018 | 1/31/2018 | 0 | 1463670 | 0.006308 | $9,232.28 |
| Online Advertising Sale | Drawbrid.ge | null | 768x1,024; 300x600; 320x50; 1,024x768; 300x50; 480x320; 160x600; 300x250; 320x480; 728x90 | Cross-Device Grindr Contextual Alignment KW + Category Package (geo-targeted to UK, Canada, Australia, New Zealand) | Dynamic CPM | 1/11/2018 | 1/31/2018 | 0 | 384960 | 0.006306 | $2,427.74 |
| Online Advertising Sale | Drawbrid.ge | null | 300x600; 320x50; 300x50; 160x600; 300x250; 728x90 | Added Value: Cross-Device Standard Banner Bonus Impressions | Flat Impressions | 1/11/2018 | 12/31/2018 | 0 | 1 | 0.000000 | $0.00 |
| Online Advertising Sale | ShareThis | null | 300x600; 320x50; 300x50; 160x600; 300x250; 728x90 | Into Community Sharers and Competitive Conquesting; USA Targeted; Display Package | CPM | 1/11/2018 | 1/31/2018 | 0 | 2460524 | 0.006150 | $15,132.22 |
| Online Advertising Sale | ShareThis | null | 300x600; 320x50; 300x50; 160x600; 300x250; 728x90 | Into Community Sharers and Competitive Conquesting; UK, Canada, Australia and New Zealand Targeted; Display Package | CPM | 1/11/2018 | 1/31/2018 | 0 | 892831 | 0.006150 | $5,490.91 |
| Online Advertising Sale | ShareThis | null | | Into Community Sharers and Competitive Conquesting; USA Targeted; Native Package | CPM | 1/11/2018 | 1/31/2018 | 0 | 560976 | 0.012000 | $6,731.71 |
| Online Advertising Sale | ShareThis | null | 300x600; 320x50; 300x50; 160x600; 300x250; 728x90 | ADDED VALUE Into Community Sharers and Competitive Conquesting; USA Targeted; Display Package | Added Value Impressions | 1/11/2018 | 12/31/2018 | 0 | 312177 | 0.000000 | $0.00 |
| Online Advertising Sale | Twitter.com - Centro | null | 1x1 | (CPWC) Website Clicks: Geo - North America, Mexico, Canada, UK, Australia, & New Zealand, A18-54; Interests (Society, Style and Fashion, etc.) // Keywords (TBD) // Handles (influential LGBTQ) // RT | Dynamic CPC | 1/15/2018 | 1/31/2018 | 0 | 239224 | 0.014432 | $3,452.54 |
| Online Advertising Sale | Basis DSP | null | 728x90; 320x50; 300x50; 300x250 | BLAST: CBX_ROS; CBX_CT (LGBTQ) :: Geo to U.S. | Dynamic CPM | 1/16/2018 | 1/16/2018 | 0 | 375390 | 0.005328 | $2,000.00 |

Total $78,234.39

**Amount Due** $78,234.39

Please remit payment to:
Centro, Inc
Dept CH 10762
Palatine, IL 60055-0762

For overnighted checks:
Centro, Inc, 10762
5505 N Cumberland Rd, Ste 307
Chicago, IL 60656-1471

It was a pleasure doing business with you!