# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Centro, Inc.,**

    Plaintiff(s),

vs.

**Grindr, LLC, a California limited liability company,**

    Defendant(s).

Case No.: 18 CV 2746

**AFFIDAVIT OF SERVICE**

_____Jeffrey Buan_____, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons In a Civil Case; Complaint** to **Grindr, LLC c/o CT Corporation System**, located at **818 W. 7th Street, Ste 930, Los Angeles, CA 90017** resulting in the following:

[X] **AUTHORIZED SERVICE:** By leaving a copy of the Summons In a Civil Case; Complaint with:

NAME  Daisy Montenegro

TITLE  CT Corporation System  Agent    . an individual of the company willing and able to accept on behalf of the entity/respondent/witness on:

the 20th day of April, 20 18 at 12:24 P.M

[ ] **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (**attach a separate sheet if needed**):

__/__/____ @ _____
__/__/____ @ _____
__/__/____ @ _____

A description of person with whom the documents were left is as follows:

Sex: F   Race: Hispanic   Approx. Age: 30's  Height: 5'6   Weight: 170lbs  Hair: Brown

Noticeable Features/Notes  Brown eyes

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this _____ day of _____, 20____.

X_____
Jeffrey Buan, RPS #2016225465
(Print Name)

Notary Public  See Attached Certificate CAC 4-20-18

*192962*

Law Firm Ref #:

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

CAC 4-20-18

_____        _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20 day of April, 20 18, by
(1) Jeffrey Bian
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Cynthia A. Casas
Signature of Notary Public

[Notary Seal: CYNTHIA A. CASAS, Notary Public - California, Los Angeles County, Commission # 2155047, My Comm. Expires May 28, 2020]

Seal
Place Notary Seal Above

─────────── OPTIONAL ───────────
CAC 4-20-18
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: ____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910